IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:03CR552 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGMENT |
| vs. | ) | |
| | ) | |
| RAFAEL MADRID-OJEDA, | ) | |
| | ) | |
| Defendant. | ) | |

In accordance with the Memorandum and Order filed on this date,

IT IS ORDERED:

1.   The Court has completed the initial review of the Defendant's Amended Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody ("§ 2255 motion") (Filing No. 120);

2.   Upon initial review, the Court finds that summary dismissal of the Defendant's § 2255 motion is required;

3.   The Clerk is directed to mail a copy of the Memorandum and Order and Judgment to the Defendant at his last known address.

DATED this 7th day of December, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge